IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARYL GRANT,

     Plaintiff,               No. CIV S-03-2454 LKK JFM P

    vs.

COUNTY OF SACRAMENTO, et al.,

     Defendants.          <u>ORDER</u>

_____/

        On April 25, 2005, plaintiff filed a document entitled "Objections." Defendants filed objections to plaintiff's filing, alleging this court's local rules make no provision for the filing of objections to a magistrate judge's order.

        It appears plaintiff seeks reconsideration of the magistrate judge's order filed April 14, 2005, dismissing plaintiff's amended complaint. Defendants contend it is too late for plaintiff to challenge the magistrate judge's ruling, alleging the order became final under Local Rule 72-303(b). However, Local Rule 72-303(b) provides that plaintiff may file a request for reconsideration within ten court days. Ten court days from April 14, 2005 would run on Thursday, April 28, 2005. Thus, plaintiff's request for reconsideration, filed April 25, 2005, was timely.

1    Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld
2 unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that
3 it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.
4    Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the
5 magistrate judge filed April 14, 2005, is affirmed.
6 DATED: May 25, 2005.

               /s/Lawrence K. Karlton
               UNITED STATES DISTRICT JUDGE

/grant2454.850