1

2

3

4

5

6

7                     IN THE UNITED STATES DISTRICT COURT

8                    FOR THE EASTERN DISTRICT OF CALIFORNIA

9    DARYL GRANT,

10              Plaintiff,                    No. CIV S-03-2454 LKK JFM PS

11         vs.

12   COUNTY OF SACRAMENTO, et al.,

13              Defendants.                   ORDER

14   _____/

15              Plaintiff is proceeding pro se with a civil rights action pursuant to 42 U.S.C.

16   § 1983.  On May 12, 2005, plaintiff filed an interlocutory appeal from this court's April 14, 2005

17   order partially granting defendants' motion to dismiss and requiring plaintiff to file a second

18   amended complaint.  The pendency of that appeal "divests the district court of control over those

19   aspects of the case involved in the appeal."  Griggs v. Provident Consumer Discount Co., 459

20   U.S. 56, 58 (1982).  Plaintiff's appeal involves core issues central to resolution of the claims

21   tendered in this action.

22              Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

23              1.  Plaintiff is relieved of his present obligation to file an amended complaint;

24              2.  The dates will be reset, if appropriate, following resolution of plaintiff's

25   appeal.  Plaintiff shall notify the court within ten days from any ruling by the Ninth Circuit Court

26   of Appeals.

1      3.  The Clerk of the Court is directed to administratively terminate this case as of

2   March 18, 2005.

3   DATED:  June 2, 2005.

4

5                                              UNITED STATES MAGISTRATE JUDGE

6

7   /001; grant2454.sta

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26