IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARYL GRANT,

    Plaintiff,        No. CIV S-03-2454 LKK JFM PS

  vs.

COUNTY OF SACRAMENTO, et al.,

    Defendants.      <u>ORDER</u>

_____/

        Plaintiff is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On August 1, 2005, plaintiff was directed to file a second amended complaint that complies with this court's order of April 14, 2005.  However, a review of the court docket reflects that plaintiff last filed a third amended complaint on June 14, 2004.  Accordingly, the record will be corrected to direct that plaintiff shall file a <u>fourth</u> amended complaint on or before August 21, 2005, pursuant to this court's August 1 and April 14, 2005 orders.

        IT IS HEREBY ORDERED that plaintiff shall file a fourth amended complaint on or before August 21, 2005.

DATED:  August 5, 2005.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

/001; grant2454.cla