IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARYL GRANT,

      Plaintiff,                     No. CIV S-03-2454 LKK JFM PS

   vs.

COUNTY OF SACRAMENTO, et al.,

      Defendants.               <u>ORDER</u>

_____/

        Plaintiff is proceeding in this action pro se and in forma pauperis. On October 11, 2005, plaintiff filed a request for extension of time and a request to reschedule this court's October 13, 2005 hearing. However, by order filed October 12, 2005, the hearing on defendants' motion to strike was vacated and plaintiff was directed to file a fifth amended complaint within thirty days. Thus, plaintiff's request is moot and will be denied.[1]

        On October 11, 2005 plaintiff also filed a request for judicial notice. Because plaintiff does not have a valid complaint on file at this time, plaintiff's request is premature and will be denied.

/////

---

[1] Plaintiff is cautioned that any fifth amended complaint must comply with the requirements set forth in this court's prior orders issued April 14, 2005 and October 12, 2005.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's October 11, 2005 request to take judicial notice is denied without prejudice;

2. Plaintiff's October 11, 2005 request for extension and to reschedule the hearing date is denied.

3. Plaintiff's fifth amended complaint shall be filed no later than November 14, 2005.

4. Failure to comply with this order may result in a recommendation that this action be dismissed.

DATED: November 1, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

001;grant2454.inf

2