IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARYL GRANT,

     Plaintiff,                     No. CIV S-03-2454 LKK JFM PS

    vs.

COUNTY OF SACRAMENTO, et al.,

     Defendants.             FINDINGS & RECOMMENDATIONS

         By order filed October 12, 2005, plaintiff's fourth amended complaint was dismissed and thirty days leave to file a fifth amended complaint was granted. The thirty day period has now expired, and plaintiff has not filed a fifth amended complaint or otherwise responded to the court's order, despite this court's November 2, 2005 order advising plaintiff his fifth amended complaint must be filed no later than November 14, 2005.

         IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

         These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within ten days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings

1

1  and Recommendations." Plaintiff is advised that failure to file objections within the specified
2  time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153
3  (9th Cir. 1991).
4  DATED: November 28, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

8  001; grant2454.fta