IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARYL GRANT,

     Plaintiff,                           No. CIV S-03-2454 LKK JFM PS

     vs.

COUNTY OF SACRAMENTO, et al.,

     Defendants.                      ORDER

_____/

        Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On November 30, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days. Plaintiff has filed objections to the findings and recommendations.[1] Defendants have filed an opposition to plaintiff's objections. Plaintiff has filed a reply.

---

[1] The bulk of plaintiff's objections are challenges to the magistrate judge's October 12, 2005 and November 2, 2005 orders. However, motions for reconsideration must be filed within ten days from the date of the order. Local Rule 72-303(b). Accordingly, plaintiff's request for this court to reconsider these orders is untimely.

1

1  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-
2 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire
3 file, the court finds the findings and recommendations to be supported by the record and by
4 proper analysis.
5  Accordingly, IT IS HEREBY ORDERED that:
6  1. The findings and recommendations filed November 30, 2005, are adopted in
7 full;
8  2. This action is dismissed without prejudice.  See Local Rule 11-110; Fed. R.
9 Civ. P. 41(b).
10 DATED: February 23, 2006.

12                                                              /s/Lawrence K. Karlton
                                                                 UNITED STATES DISTRICT JUDGE
13 /gran2454.805